UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62322-CIV-SMITH

INSIGNIA 88 LIMITED, *et al.*,

    Plaintiffs,

v.

M/Y ARENA, a 2013 92' Pershing motor yacht, Gibraltar registered, official number 745336, her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances, etc., in rem,

    Defendant.

_____/

## ORDER OF FINAL DISMISSAL

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 15]. Upon consideration, it is hereby:

**ORDERED that:**

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of January, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record